**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sara J. Berklich    CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 22-20372 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2015-6, U.S. Bank National Association as Indenture Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Brian C. Nicholas</u>
Brian Nicholas
11 Mar 2022, 15:57:35, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)    ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: e30bb2a1c8a2db2420732c5a171ee5a29cbf080a49faa87c9e1381139223a7db