**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sara J. Berklich<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0899<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–20372–JAD | |

# Order of Discharge    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sara J. Berklich

6/22/22                                                             **By the court:**   Jeffery A. Deller
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-20372-JAD
Sara J. Berklich | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 22, 2022 | Form ID: 318 | Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sara J. Berklich, 727 Churchhill Court, Cranberry Twp, PA 16066-4212 |
| 15459495 | + | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15459498 | #+ | Stillman Law Office, 50 Tower Office Park, Woburn, MA 01801-2113 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jun 23 2022 03:43:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 22 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15459476 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 22 2022 23:40:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 15459475 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 22 2022 23:40:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15459477 | | EDI: DISCOVER.COM | Jun 23 2022 03:43:00 | Discover Financial, PO Box 3008, New Albany, OH 43054 |
| 15459479 | + | Email/Text: bknotice@ercbpo.com | Jun 22 2022 23:41:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15459478 | + | Email/Text: bknotice@ercbpo.com | Jun 22 2022 23:41:00 | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15459480 | | Email/Text: BNSFN@capitalsvcs.com | Jun 22 2022 23:41:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15459481 | | Email/Text: BNSFN@capitalsvcs.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 22 2022 23:41:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15459484 | | Email/Text: BNSFS@capitalsvcs.com | Jun 22 2022 23:41:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15459485 | | Email/Text: BNSFS@capitalsvcs.com | Jun 22 2022 23:41:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 15459482 | + | EDI: AMINFOFP.COM | Jun 23 2022 03:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15459483 | + | EDI: AMINFOFP.COM | Jun 23 2022 03:43:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15459486 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2022 23:46:41 | LVNV Funding LLC, Po Box 10497, Greenville, SC 29603-0497 |
| 15459487 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2022 23:41:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15459490 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2022 23:41:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15459493 | + | EDI: NHCLLC.COM | Jun 23 2022 03:43:00 | National Hospital Collections LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15459494 | + | EDI: NHCLLC.COM | Jun 23 2022 03:43:00 | National Hospital Collections Llc, Attn: Bankruptcy, 16 Distributer Dr, Ste 2, Morgantown, WV 26501-7209 |
| 15459496 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2022 23:46:36 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15459497 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 22 2022 23:41:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15459499 | | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15459501 | + | EDI: WTRRNBANK.COM | Jun 23 2022 03:43:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15459500 | + | EDI: WTRRNBANK.COM | Jun 23 2022 03:43:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15459502 | + | EDI: WFHOME | Jun 23 2022 03:43:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15459503 | + | EDI: WFHOME | Jun 23 2022 03:43:00 | Wells Fargo Bank NA/Bob's Furniture, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2015-6, U.S. Bank Nation |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 15459488 | *+ | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15459489 | *+ | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15459491 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15459492 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 22-20372-JAD    Doc 16    Filed 06/24/22    Entered 06/25/22 00:26:35    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 318 | Total Noticed: 30 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2015-6  U.S. Bank National Association as Indenture Trustee bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Sara J. Berklich chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 6